**Order filed December 22, 2020.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-20-00655-CV

———————

### SHAZIA HAMEED GADDI, Appellant

### V.

### CITY OF TEXAS CITY, Appellee

**On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 320840010**

## O R D E R

No reporter's record has been filed in this case.  The official court reporter for the 10th District Court informed this court that appellant had not requested the reporter's record be prepared and the trial court had not ordered that the record be prepared. On October 5, 2020, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of the request for the reporter's record as well as payment for the record or indigency.. *See* Tex. R. App. P. 37.3(c).  Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM


Panel Consists of Chief Justice Frost and Justices Jewell and Poissant.